IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DION MATHEWS and MUSTAFA-EL K.A. AHALA
formerly known as Dennis E. Jones-El,

                Plaintiff,

v.

RICK RAEMISCH, GARY BOUGHTON,
JAMES GREER, DAVID BURNETT,
CYNTHIA THORPE, LT. MICHAEL HANFELD,
MARY MILLER, KAMMY KUYKENDALL,
WISCONSIN DEPARTMENT OF CORRECTIONS,

                Defendants.

MEMORANDUM

10-cv-742-bbc

---

      The Wisconsin Department of Justice has indicated that it will represent the defendants in this case. Pursuant to an informal service agreement between the Department of Justice and this court, the Department has agreed to accept electronic service of documents on behalf of the defendants it represents. Therefore, for the remainder of this lawsuit, plaintiffs do not have to send a paper copy of each document they file with the court to the Department. All they have to do is submit the document to the court, and the Department will access the document through the court's electronic filing system.

      Discovery requests or responses are an exception to this rule. Usually, those documents should be sent directly to counsel for the opposing party and do not have to be sent to the court. Discovery procedures will be explained more fully at the preliminary pretrial conference.

      Entered this 4th day of January, 2011.

                                      BY THE COURT:

                                      /s/

                                      STEPHEN L. CROCKER
                                      Magistrate Judge