IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DION MATHEWS and
MUSTAFA-EL K.A. AJALA
formerly known as Dennis E. Jones-El,

      Plaintiffs,

v.

RICK RAEMISCH, PETER HUIBREGTSE,
GARY BOUGHTON, JAMES GREER,
DAVID BURNETT, CYNTHIA THORPE,
LT. HANFELD, MARY MILLER, KAMMY
JONES, WISCONSIN DEPARTMENT OF
CORRECTIONS and WISCONSIN SECURE
PROGRAM FACILITY,

      Defendants.

JUDGMENT IN A CIVIL CASE

10-cv-742-bbc

---

      This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

      IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants:

      (1) denying leave to proceed and dismissing plaintiffs' complaint against Wisconsin Secure Program Facility because it is not a suable entity; and

      (2) granting the motion for summary judgment filed by Rick Raemisch, Peter Huibregtse, Gary Boughton, James Greer, David Burnett, Cynthia Thorpe, Lt. Hanfeld, Mary Miller, Kammy Jones and Wisconsin Department of Corrections and dismissing this case.

_By: [signature], Deputy Clerk_
Peter Oppeneer, Clerk of Court

2-27-12
Date